**Rose Cipich, Appellant, v. City of Chicago, Appellee.**

**Gen. No. 43,276.**

opinion filed April 11, 1946; released for publication May 16, 1946. Coghlan & Coghlan, for appellant; John P. Coghlan, of counsel; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal and·Adam E. Patterson, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.